# EXHIBIT 1





## Nutrition Facts

Serv. Size: 1 BAR (86g)
Servings: 6

**Calories** 80
Fat Cal. 0

| Amount/Serving | %DV* | Amount/Serving | %DV* |
|---|---|---|---|
| **Total Fat** 0g | 0% | **Total Carb.** 21g | 7% |
| Saturated Fat 0g | 0% | Dietary Fiber 1g | 3% |
| Trans Fat 0g | | Sugars 20g | |
| **Cholesterol** 0mg | 0% | **Protein** 0g | |
| **Sodium** 0mg | 0% | | |

Vitamin A 0% • Vitamin C 25% • Calcium 0% • Iron 0%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**INGREDIENTS:** WATER, STRAWBERRIES, SUGAR, CAROB BEAN GUM, NATURAL FLAVORS, GUAR GUM, CITRIC ACID, COLOR (BEET JUICE EXTRACT, TURMERIC COLOR), ASCORBIC ACID (VITAMIN C).

DISTRIBUTED BY: DREYER'S GRAND ICE CREAM, INC.
5929 COLLEGE AVE., OAKLAND, CA 94618

KEEP FROZEN UNTIL SERVES

Available as EDY'S® Fruit Bars East of the Rockies.

100% Recycled Paperboard Symbol is a trademark of its respective owner.

All other trademarks are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.

IF YOU ARE NOT COMPLETELY SATISFIED WITH THIS PRODUCT, PLEASE
CONTACT US WITH THE REASON, THE UPC CODE, AND THE DATE
NUMBERS STAMPED ON THE PACKAGE. WE WILL GLADLY REPLACE
YOUR PURCHASE. 1-877-437-3527 (TOLL FREE) OR www.dreyer.com

100% Recycled Paperboard

