UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIANNA BELLI, et al., <br><br> Plaintiffs, <br> v. <br><br> NESTLÉ USA, INC., <br><br> Defendant. | Case No. 5:14-cv-00286-PSG <br><br> **ORDER RE: CASE SCHEDULE** |
| JENNA COFFEY, et al., <br><br> Plaintiffs, <br> v. <br><br> NESTLÉ USA, INC., <br><br> Defendant. | Case No. 5:14-cv-00288-PSG <br><br> **ORDER RE: CASE SCHEDULE** |

On March 25, 2014, this court granted Plaintiffs leave to amend their complaint provided they first furnish a copy of the proposed amendment to Defendant Nestle USA, Inc.[1] On April 3, 2014, Defendant Nestle USA, Inc. represented that it did not oppose the proposed amendment.[2] Plaintiffs have since failed to take any action. The court therefore considers the current complaint

---

[1] *See* Docket No. 17.

[2] *See* Docket No. 21.

1
Case Nos. 5:14-cv-00286-PSG; 5:14-CV-00288
ORDER RE: CASE SCHEDULE

on file to be the operative complaint.[3]  The parties shall submit a proposed joint case scheduling order within 7 days.

**SO ORDERED.**

Dated: February 13, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[3] *See* Docket No. 1.